UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

EQUIPMENT RELOCATION SERVICES
INC,

     Plaintiff,

     v.                                                  Case No. 1:25-CV-416-CCB-SJF

WOOLLEY TRUCKING LLC, et al.,

     Defendants.

## **ORDER**

This matter is before the Court following Magistrate Judge Scott J. Frankel's

report and recommendation. (ECF 23). Defendants Woolley Trucking LLC and Bennett

International Logistics LLC have moved to dismiss Counts II and III of Plaintiff

Equipment Relocation Services, Inc.'s complaint. (ECF 12; ECF 17). Magistrate Judge

Frankel recommended that these motions be granted.

This Court's review of a magistrate judge's report and recommendation is

governed by 28 U.S.C. § 636(b)(1), which provides in part:

> A judge of the court shall make a de novo determination of those portions
> of the report or specified proposed findings or recommendations to which
> objection is made. A judge of the court may accept, reject, or modify, in
> whole or in part, the findings or recommendations made by the magistrate
> judge. The judge may also receive further evidence or recommit the matter
> to the magistrate judge with instructions.

Under Federal Rule of Civil Procedure 72(b), the Court must only determine de novo

those portions of the magistrate judge's report and recommendation to which specific

written objections have been made. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir.

1999). If no objection or only a partial objection is made, the Court reviews those unobjected portions for clear error. *Id.* Under the clear error standard, the Court can only overturn a magistrate judge's ruling if the Court is left with "the definite and firm conviction that a mistake has been made." *Weeks v. Samsung Heavy Indus. Co., Ltd.*, 126 F.3d 926, 943 (7th Cir. 1997). "If no party objects to the magistrate judge's action," the Court "may simply accept it." *Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

Both 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) require the parties to file objections to a report and recommendation within 14 days of being served. Magistrate Judge Frankel informed the parties of this deadline in his report and recommendation. (ECF 23). No objections have been filed.

The Court has reviewed Magistrate Judge Frankel's well-reasoned report and recommendation, (ECF 23), and found no clear error. Accordingly, it **ADOPTS** the report and recommendation in its entirety. Defendants Woolley Trucking LLC's and Bennett International Logistics LLC's Motions to Partially Dismiss Complaint, (ECF 12; ECF 17), are **GRANTED**. Count II and Count III of Equipment Relocation Services, Inc.'s complaint are **DISMISSED WITH PREJUDICE.**

SO ORDERED on June 16, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2